No. 928. BERTRAM *v.* UNITED STATES;

No. 929. GIBBE *v.* UNITED STATES;

No. 930. BREMER *v.* UNITED STATES;

No. 931. KOEHN *v.* UNITED STATES;

No. 932. LIEBLEIN *v.* UNITED STATES; and

No. 933. SCHMIDT *v.* UNITED STATES. April 29, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Frederic M. P. Pearse* for petitioners. *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 934. GREENE COUNTY NATIONAL FARM LOAN ASSOCIATION ET AL. *v.* FEDERAL LAND BANK OF LOUISVILLE ET AL. April 29, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *F. H. Parvin* for petitioners. *Solicitor General McGrath, Paul A. Sweeney, W. Carroll Hunter* and *William C. Goodwyn* for respondents.

No. 974. HAYS *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION; and

No. 975. PORTEOUS *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION. April 29, 1946. Petition for writs of certiorari to the District Court of Appeal, Third Appellate District, of California, denied. *Charles Lederer* for petitioners. *G. D. Schilling* for respondent.

No. 976. STEIN *v.* UNITED STATES. April 29, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Isaac Pacht, Clore Warne* and *Louis M. Brown* for petitioner. *Solicitor Gen-*

*eral McGrath, Robert S. Erdahl* and *Andrew F. Oehmann* for the United States.

No. 978. Bowen *v.* United States. April 29, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Dupuy G. Warrick* for petitioner. *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 979. 11,000 Acres of Land et al. *v.* United States. April 29, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *C. G. Calhoun* and *W. M. Streetman* for petitioners. *Solicitor General McGrath, J. Edward Williams* and *Roger P. Marquis* for the United States.

No. 983. Agwilines, Inc. *v.* The San Veronico et al. April 29, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Chauncey I. Clark* for petitioner. *Edwin S. Murphy* for respondents.

No. 990. H. Reeve Angel & Co., Inc. *v.* United States. April 29, 1946. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Frederick W. Brooks* for petitioner. *Solicitor General McGrath, Assistant Attorney General Rao* and *John R. Benney* for the United States.

No. 1000. Indemnity Insurance Company of North America *v.* Smoot. April 29, 1946. Petition for writ of